### SERVER v. THE STATE, in Error.

IN an indictment for perjury, the oath said to be false was charged to have been administered in the Circuit Court by S. C. as deputy clerk. *Held*, that no proof of the appointment of the deputy clerk was necessary; that in administering the oath, S. C. acted under the superintendence of the Court; and that the oath was as obligatory as if it had been administered by one of the judges.